UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BANK OF AMERICA, N.A. JUDITH A. LAWTON, JANICE LEFFINGWELL, JOAN GRANT, AND JOHN KIEPLER, AS EXECUTOR OF THE ESTATE OF BEVERLY KIEPLER, Plaintiffs | : | |
| v. | : | C.A. No. 06-394-S-LDA |
| ROLAND W. BURT, JR., Defendant | : | |

**JUDGMENT**

Consistent with the Report and Recommendation of the United States Magistrate Judge Lincoln D. Almond, rendered on March 14, 2007, and adopted by United Stated District Court Judge William E. Smith on March 30, 2007, and in accordance with the provisions of Rule 58 of the Federal Rules of Civil Procedure, judgment shall enter forthwith as follows:

> In favor of plaintiffs and against defendant declaring that the April 6, 2006 Consent Order is valid, binding and enforceable as to Defendant and enjoining Defendant from taking any action contrary to the terms of the Consent Order.

ENTER:

WESmith

Smith, J.

Dated: April 4, 2007

PER ORDER:

Karen Baldwell

Clerk