STATE OF RHODE ISLAND
KENT, SC.

KENT SUPERIOR COURT
FILED
07 APR 17 AM 10: 31
DAVID E. PERRY, CLERK

SUPERIOR COURT

ROLAND W. BURT, JR.

Vs. C.A. No. KP-2006-0406

ROBERT GATES and BANK OF AMERICA AS EXECUTORS OF THE ESTATE OF MAGDA BURT

## ORDER

This matter came for hearing on April 17, 2007 before Justice O. Rogeriee Thompson on pending motions to dismiss following notice of judgment from the United States District Court for the District of Rhode Island entered April 4, 2007 in C.A. No.06-394-S-LDA, and in consideration thereof, after hearing thereon, it is hereby:

**ORDERED ADJUDGED and DECREED:**

1. The Court finds that:

   a. the within probate appeal was brought by the appellant, Roland W. Burt, Jr., from the Consent Order of the Warwick Probate Court ("probate court") entered April 6, 2006 ("Order") in the Estate of Magda Burt ("Decedent"), Estate No. 87-310;

   b. the residuary beneficiaries under Decedent's Will were granted intervention as party appellees in this probate appeal on June 12, 2006;

   c. the appellees joined in a motion to dismiss this probate appeal which was heard, in part, on July 10, 2006 and continued *nisi* as appellees sought declaratory judgment and enforcement of said Order in the United States District Court for the District of Rhode Island ("U.S. District Court");

   d. certain representatives of the appellees, *to wit.*, Bank of America, N.A., Judith A. Lawton, Janice Leffingwell, Joan Grant and John Kiepler, as executor of the estate of Beverly Kiepler, brought such a civil action in the U.S. District Court vs. Roland W. Burt, Jr. as C.A. No. 06-394-S-LDA;

   e. Decision was rendered by Magistrate Judge Lincoln Almond and adopted by Judge William Smith on the parties' cross motions for summary judgment which was appended as Exhibit B to the U.S. District Court Notice of Judgment filed with this Court; and

   f. Judgment was entered in said declaratory judgment action on April 4, 2007 which was appended as Exhibit C to said U.S. District Court Notice of Judgment.

True Copy Attest
[signature], Clerk
Superior Court

SV
SJOBERG & VOTTA
Law Offices
200 Centerville Road
Warwick, RI 02886

RECEIVED
APR 18 2007

2. The Court rules that said U.S. District Court Judgment is dispositive of the issues raised in the within probate appeal and hereby dismisses the appeal as a matter of law, affirms the underlying Order of the probate court entered April 6, 2006, and remands the matter to the probate court for further proceedings consistent with said judgment.

3. The Court defers ruling on the appellees' request for fees and costs until a return day to be set by the Court by which date counsel will submit any fee and cost motions for the Court's consideration and appellant will show cause why the same should not be charged to be paid by him personally or assessed against his interest in Decedent's estate.

Entered as an Order of this court on April 17, 2007.

PER ORDER:

Kristal St. Jacques
Deputy Clerk

ENTER:

O. Rogeriee Thompson

Thompson 4-17-07
O. Rogeriee Thompson, Justice

Respectfully submitted,

Mark A. Sjoberg, Esq. (#2427)
Jennifer A. Niedzinski, Esq. (#6842)
SJOBERG & VOTTA LAW OFFICES
200 Centerville Road, Suite 4
Warwick, RI 02886 (401) 737-9696

## CERTIFICATION

I hereby certify that on April 17, 2007, I mailed a copy of the within document by first-class mail, postage prepaid, to:

- Thomas W. Pearlman, Esq. and Richard C. Tallo, Esq., P.O. Drawer 9007, Providence, RI 02940 (counsel for Raymond P. Cyr, Jr.)
- Steven E. Snow, Esq. and Carolyn P. Medina, Esq., PARTRIDGE, SNOW & HAHN, LLP, 180 South Main Street, Providence, RI 02903 (counsel for appellee, Bank of America, N.A.)
- Fred L. Mason,. Jr., Esq., MASON ASSOCIATES, P.C., 20 Cedar Swamp Road, Smithfield, RI 029817 (co-counsel for appellee, Robert B. Gates)
- Robert E. Kiely, Esq., REGAN & KIELY, 88 Black Falcon Avenue, Suite 330, Boston, MA 02210 (co-counsel for Robert B. Gates)
- Joseph A. Keough, Jr., Esq., KEOUGH & SWEENEY, 100 Armistice Boulevard, Pawtucket, RI 02860 (counsel for Joan Grant, Joyce Hendricks, Carol Lincoln & Janice Leffingwell, beneficiaries)

Offices of Clerk of Superior Court
County of Kent
Warwick, Rhode Island
, Clerk

SV
SJOBERG & VOTTA
Law Offices
200 Centerville Road
Warwick, RI 02886

- Karen A. Pelczarski, Esq. and Staci L. Kolb, Esq., BLISH & CAVANAGH, 30 Exchange Terrace, Providence, RI 02903-1765 (counsel for Judith A. Lawton and David Gilmore, beneficiaries)
- Roland W. Burt, Jr., 24 Lester Street, Rumford, RI 02916 (*pro se*)

F:\MM\SHARED\PROB-decedent's estates\Burt-Kiepler\KCSC(06-0406)-order041707.wpd

True Copy Attest

, Clerk

Office of Clerk of Superior Court

County of Kent

Warwick, Rhode Island

SV

SJOBERG & VOTTA
Law Offices

200 Centerville Road
Warwick, RI 02886