# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

THE PROBATE COURT OF THE CITY OF WARWICK, by and through JUDITH A. LAWTON, JUDITH GRANT, CAROL LINCOLN, JANICE LEFFINGWELL, JOYCE HENDRICKS, JOHN KIEPLER, as executor of the Estate of Beverly Kiepler, JANICE FISHER, DAVID GILMORE and RAYMOND P. CYR, JR.

Plaintiff

C.A. No. 07-239S

v.

BANK OF AMERICA CORP., as Co-Executor of the Estate of Magda Burt

Defendant

**STIPULATION TO EXTEND TIME TO ANSWER**

The undersigned parties hereby agree and stipulate that Defendant, Bank of America Corp., shall have an additional thirty (30) days, up to and including August 29, 2007 to answer, object or otherwise respond to Plaintiff's Complaint.

BANK OF AMERICA CORPORATION

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow
Steven E. Snow (#1774)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

THE PROBATE COURT OF THE CITY OF WARWICK, by and through

JUDITH A. LAWTON and DAVID GILMORE

By Their Attorneys,

BLISH & CAVANAGH, LLP

/s/ Staci L. Kolb
Karen A. Pelczarski (#3357)
Staci L. Kolb (#5451)
Commerce Center, 30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 FAX

JOAN GRANT, CAROL LINCOLN, JANICE LEFFINGWELL and JOYCE HENDRICKS

By Their Attorneys,

KEOUGH & SWEENEY, LTD,

s/ Joseph A. Keough, Jr.
Joseph A. Keough, Jr. (#4195)
100 Armistice Boulevard
Pawtucket, RI 02860
(401) 724-3600
(401) 724-9909 FAX

JOHN KIEPLER, Executor U/W/O Beverly Kiepler and JANIS FISHER

By Their Attorneys

SJOBERG & VOTTA LAW OFFICES

s/ Mark A. Sjoberg
Mark A. Sjoberg (#2427)
Jennifer A. Niedzinski (#6842)
200 Centerville Road, Suite 4
Warwick, RI 02886
(401) 737-9696
(401) 737-9119 FAX

RAYMOND P. CYR, JR.
By His Attorneys,

s/ Richard Tallo
Richard Tallo (#0504)
P.O. Drawer 9007
Providence, RI 02940
(401) 726-1010
(401) 726-3406 FAX

s/ James A. Currier
James A. Currier (#0953)
1345 Westminster Street
Providence, RI 02903
(401) 861-2200
(401) 421-2450 FAX

DATED: July 31, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing STIPULATION TO EXTEND TIME TO ANSWER was filed with the Clerk of the United States District Court for the District of Rhode Island this 31st day of July, 2007 and is available for viewing and downloading to the following ECF registered counsel of record:

Karen A. Pelczarski, Esq./Blish & Cavanagh, LLP
Staci L. Kolb, Esq./Blish & Cavanagh, LLP
Joseph A. Keough, Jr., Esq./Keough & Sweeney, Ltd.
Mark A. Sjoberg, Esq./Sjoberg & Votta Law Offices
Jennifer A. Niedzinski, Esq./Sjoberg & Votta Law Offices
Richard Tallo, Esq.
James A. Currier, Esq.

/s/ Steven E. Snow

931540_1