UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE PROBATE COURT OF THE CITY OF WARWICK, by and through JUDITH A. LAWTON, JUDITH GRANT, CAROL LINCOLN, JANICE LEFFINGWELL JOYCE HENDRICKS, JOHN KIEPLER, as executor of the Estate of Beverly Kiepler, JANIS FISHER, DAVID GILMORE and RAYMOND P. CYR, JR., | : | |
| Plaintiffs | : | |
| v. | : | C.A. No. 07-239S |
| BANK OF AMERICA CORP. as Co-Executor of the Estate of Magda Burt, | : | |
| Defendant | : | |

**STIPULATION TO EXTEND TIME TO ANSWER**

The undersigned parties hereby agree and stipulate that Plaintiff, The Probate Court of the City of Warwick, by and through Judith A. Lawton, *et al.* shall have up to and including October 1, 2007 to respond to Defendant's Motion to Dismiss.

THE PROBATE COURT OF THE CITY
OF WARWICK, by and through

JUDITH A. LAWTON AND DAVID GILMORE

By Their Attorneys,

BLISH & CAVANAGH, LLP

/s/ Staci L. Kolb

Karen A. Pelczarski (#3357)
Staci L. Kolb (#5451)
Commerce Center, 30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (Fax)

BANK OF AMERICA CORPORATION

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow

Steven E. Snow (#1774)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (Fax)

JOAN GRANT, CAROL LINCOLN,
JANICE LEFFINGWELL and
JOYCE HENDRICKS,

By their Attorneys,

/s/ Joseph A. Keough, Jr.

Joseph A. Keough Jr. (#4195)
Keough & Sweeney, Ltd.
100 Armistice Boulevard
Pawtucket, RI 02860
(401) 724-3600
(401) 724-9909 (Fax)

RAYMOND P. CYR JR.,
By his Attorneys,

/s/ Richard Tallo

Richard Tallo (#0504)
P.O. Drawer 9007
Providence, Rhode Island 02940
(401) 726-1010
(401) 726-3406 (Fax)

/s/ James A. Currier

James A. Currier (#0953)
1345 Westminster Street
Providence, Rhode Island 02909
(401) 861-2200
(401) 421-2450 (Fax)

JOHN KIEPLER, Executor U/W/O
Beverly Kiepler and JANIS FISHER

By their Attorneys,

/s/ Mark A. Sjoberg

Mark A. Sjoberg (#2427)
Jennifer A. Niedzinski (#6842)
Sjoberg & Votta
200 Centerville Road, Suite 4
Warwick, RI 02886
(401) 737-9696
(401) 737-9119 (Fax)

DATED: August 21, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing STIPULATION TO EXTEND TIME TO ANSWER was filed with the Clerk of the United States District Court for the District of Rhode Island this 21st day of August, 2007 and is available for viewing and downloading to the following ECF registered counsel of record:

Steven E. Snow, Partridge Snow & Hahn LLP
Carolyn P. Medina, Partridge Snow & Hahn LLP

/s/ Staci L. Kolb