--ptember 3 19 87

10-8

STATE OF RHODE ISLAND &c.
County of KENT

PROBATE COURT OF THE
CITY OF WARWICK

Estate of MAGDA L. BURT | No. 87-310

KNOW ALL MEN BY THESE PRESENTS, that,

RHODE ISLAND HOSPITAL TRUST NATIONAL BANK,

of the City and County of Providence, in the State of Rhode Island, as principal is holden and stands firmly bounden and obliged unto said Court in the full sum of $2,500,000.00 dollars to be paid thereto; to the true payment whereof it binds itself and its successors firmly by these presents

Sealed with its seal this 8 day of October A. D. 1987

THE CONDITION OF THIS OBLIGATION IS SUCH, that if the above bounden principal the duly appointed Coexecutor of Estate of Magda L. Burt

shall faithfully perform its duties according to law as such fiduciary, then this obligation to be void, otherwise to remain in full force and virtue.

Signed and sealed
in presence of

Valerie Bonner

RHODE ISLAND HOSPITAL TRUST NATIONAL BANK

By [signature]
ESTATE OFFICER

STATE OF RHODE ISLAND &c. | PROBATE COURT OF THE

COUNTY OF KENT | CITY OF WARWICK

Estate of MAGDA L. BURT } No. 87-310

KNOW ALL MEN BY THESE PRESENTS, that ROBERT B. GATES of 66 Silver Lake Avenue, Wakefield, Rhode Island in the State of Rhode Island as principal and ........ County and State as suret........, ........holden and stand firmly bounden and obliged unto said Court in the full sum of $2,500,000.00 dollars to be paid thereto; to the true payment whereof he binds himself, his successors, heirs, executors and administrators jointly and severally firmly by these presents.

Sealed with seal this 8 day of October A. D. 19 87

THE CONDITION OF THIS OBLIGATION IS SUCH, that if the above bounden principal the duly appointed Co-executor, ROBERT B. GATES shall faithfully perform his duties according to law as such fiduciary, then this obligation to be void, otherwise to remain in full force and virtue.

Signed and sealed
in presence of

Robert B. Gates
ROBERT B. GATES

Colleen M. Havard
WITNESS

[redacted]

ADDITIONAL BOND

STATE OF RHODE ISLAND &c.
County of KENT

PROBATE COURT OF THE
CITY OF WARWICK.

Estate of MAGDA L. BURT } No. 87-310

KNOW ALL MEN BY THESE PRESENTS, that,

RHODE ISLAND HOSPITAL TRUST NATIONAL BANK,

of the City and County of Providence, in the State of Rhode Island, as principal is holden and stands firmly bounden and obliged unto said Court in the full sum of One Million Seven Hundred Sixty-seven Thousand dollars to be paid thereto; to the true payment whereof it binds itself and its successors firmly by these presents

Sealed with its seal this fifteenth day of June A. D. 1988.

THE CONDITION OF THIS OBLIGATION IS SUCH, that if the above bounden principal the duly appointed Co-executor, Rhode Island Hospital Trust National Bank

shall faithfully perform its duties according to law as such fiduciary, then this obligation to be void, otherwise to remain in full force and virtue.

Signed and sealed
in presence of
Julie L. Iselin

RHODE ISLAND HOSPITAL TRUST NATIONAL BANK
By [signature] A.V.P.

[redacted]

:AL BOND

TATE OF RHODE ISLAND &c. PROBATE COURT OF THE

OUNTY OF KENT CITY OF WARWICK

state of MAGDA L. BURT

No. 87-310

KNOW ALL MEN BY THESE PRESENTS, that ROBERT B. GATES

262 Silver Lake Avenue, South Kingstown xxx

in the State of Rhode Island

as principal xxx

County and State as suret......,

holden and stand firmly bounden and obliged unto said Court in the full sum of One Million Se

ndred Sixty-seven Thousand ($1,767,000.00) dollars to be paid thereto; to the true payment whereof he binds

himself, his successors, heirs, executors and administrators jointly and severally firmly

by these presents.

Sealed with seal this 15th day of June A. D. 1988

THE CONDITION OF THIS OBLIGATION IS SUCH, that if the above bounden principal

the duly appointed CO-EXECUTOR, ROBERT B. GATES

shall faithfully perform his duties according to law as such fiduciary, then this obligation to

be void, otherwise to remain in full force and virtue.

Signed and sealed
in presence of

Colleen A. Hayes

ROBERT B. GATES