**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| THE PROBATE COURT OF THE CITY OF WARWICK, by and through JUDITH A. LAWTON, JUDITH GRANT, CAROL LINCOLN, JANICE LEFFINGWELL, JOYCE HENDRICKS, JOHN KIEPLER, as Executor of the Estate of Beverly Kiepler, JANICE FISHER, DAVID GILMORE and RAYMOND CYR,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORP., as Co-Executor of the Estate of Magda Burt,<br><br>Defendant. | C.A. No. 07-239-S |

**ENTRY OF APPEARANCE**

Carolyn P. Medina hereby enters her appearance on behalf of Defendant Bank of America Corporation in the above-captioned matter.

BANK OF AMERICA CORPORATION

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Carolyn P. Medina

Steven E. Snow (#1774)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com
cpm@psh.com

Date: October 15, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing ENTRY OF APPEARANCE was filed with the Clerk of the United States District Court for the District of Rhode Island this 15th day of October, 2007 and is available for viewing and downloading to the following ECF registered counsel of record:

Karen A. Pelczarski, Esq./Blish & Cavanagh, LLP
Staci L. Kolb, Esq./Blish & Cavanagh, LLP
Joseph A. Keough, Jr., Esq./Keough & Sweeney, Ltd.
Mark A. Sjoberg, Esq./Sjoberg & Votta Law Offices
Jennifer A. Niedzinski, Esq./Sjoberg & Votta Law Offices
Richard Tallo, Esq.
Thomas Pearlman, Esq.
James A. Currier, Esq.

/s/ Carolyn P. Medina

944984_1/4150-24