# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE PROBATE COURT OF THE CITY OF WARWICK, by and through JUDITH A. LAWTON, JUDITH GRANT, CAROL LINCOLN, JANICE LEFFINGWELL, JOYCE HENDRICKS, JOHN KIEPLER, as Executor of the Estate of Beverly Kiepler, JANICE FISHER, DAVID GILMORE and RAYMOND CYR,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORP., as Co-Executor of the Estate of Magda Burt,<br><br>Defendant. | C.A. No. 07-239-S |

**ASSENTED TO MOTION TO ENLARGE TIME TO FILE REPLY**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Bank of America Corp. ("Defendant") respectfully requests that the Court enlarge the time within which it may file a reply to Plaintiffs' Objection to Defendant's Motion to Dismiss up through and including October 23, 2007. As grounds for this motion, Defendant states:

Defendant's reply to Plaintiffs' Objection to Defendant's Motion to Dismiss is currently due on October 16, 2007.

Plaintiffs' counsel agreed to extend the time by which Defendant was to file any reply to Plaintiff's objection, while keeping the hearing date for the motion, currently scheduled for October 29, 2007.

To permit it sufficient time to reply to the arguments raised in the Plaintiffs' Objection, Defendant seeks to extend the period in which it may file a reply up to and including October 23, 2007.

Plaintiffs will not be prejudiced by this motion and have assented to it.

WHEREFORE, defendant Bank of America, Corp. respectfully requests that the Court enlarge the time within which it may file a reply to Plaintiffs' Objection up through and including October 23, 2007.

Respectfully submitted,

BANK OF AMERICA CORPORATION

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Carolyn P. Medina

Steven E. Snow (#1774)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com
cpm@psh.com

Date: October 15, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion to Enlarge Time to File Reply was filed with the Clerk of the United States District Court for the District of Rhode Island this 15th day of October, 2007 and is available for viewing and downloading to the following ECF registered counsel of record:

Karen A. Pelczarski, Esq./Blish & Cavanagh, LLP
Staci L. Kolb, Esq./Blish & Cavanagh, LLP
Joseph A. Keough, Jr., Esq./Keough & Sweeney, Ltd.
Mark A. Sjoberg, Esq./Sjoberg & Votta Law Offices
Jennifer A. Niedzinski, Esq./Sjoberg & Votta Law Offices
Richard Tallo, Esq.
Thomas Pearlman, Esq.
James A. Currier, Esq.

/s/ Carolyn P. Medina

944980_1/4150-24