# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

THE PROBATE COURT OF THE CITY OF WARWICK, by and through JUDITH A. LAWTON, JUDITH GRANT, CAROL LINCOLN, JANICE LEFFINGWELL, JOYCE HENDRICKS, JOHN KIEPLER, as Executor of the Estate of Beverly Kiepler, JANICE FISHER, DAVID GILMORE and RAYMOND CYR,

Plaintiffs,

v.

BANK OF AMERICA CORP., as Co-Executor of the Estate of Magda Burt,

Defendant.

C.A. No. 07-239-S

## OBJECTION TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Defendant Bank of America Corp. (the "Bank"), through counsel, hereby objects to the portion of the Magistrate Judge's report and recommendation which erroneously concluded that this action is not time barred because it did not accrue for purposes of the Rhode Island Statute of Limitations until April 6, 2005. In support of its objection, the Bank relies on its Memorandum In Support of Objection to Magistrate Judge's Report and Recommendation filed contemporaneously herewith. A copy of the transcript of the October 29, 2007 hearing before Magistrate Judge Almond was requested on October 31, 2007.

Respectfully submitted,

BANK OF AMERICA CORPORATION

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Carolyn P. Medina
Steven E. Snow (#1774)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200/(401) 861-8210 FAX
ses@psh.com
cpm@psh.com

Date: November 27, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing OBJECTION TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION was filed with the Clerk of the United States District Court for the District of Rhode Island this 27th day of November, 2007 and is available for viewing and downloading to the following ECF registered counsel of record:

Karen A. Pelczarski, Esq./Blish & Cavanagh, LLP
Staci L. Kolb, Esq./Blish & Cavanagh, LLP
Joseph A. Keough, Jr., Esq./Keough & Sweeney, Ltd.
Mark A. Sjoberg, Esq./Sjoberg & Votta Law Offices
Jennifer A. Niedzinski, Esq./Sjoberg & Votta Law Offices
Richard Tallo, Esq.
Thomas Pearlman, Esq.
James A. Currier, Esq.

/s/ Carolyn P. Medina

953258_1/4150-24