UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

The Probate Court of the City
of Warwick, by and through Judith
A. Lawton, et al

v. C.A. No. 07-239S

Bank of America Corp., as
Co-executor of the Estate of
Magda Burt

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on November 13, 2007, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Defendant's Motion to Dismiss Count I of the Complaint is DENIED and Defendant's Motion to Dismiss Counts II and III is GRANTED without prejudice. Plaintiff's Motion to Add/Remove parties is GRANTED.

By Order,

Wendy Geib

Deputy Clerk

ENTER:

WESmith

William E. Smith
United States District Judge

Date: 12/14/07