# EXHIBIT D

STATE OF RHODE ISLAND
COUNTY OF KENT

PROBATE COURT OF THE
CITY OF WARWICK

RE: ESTATE OF MAGDA L. BURT

NO. 87-310

ORDER

The Petition of the Co-Executors of the Estate of Magda L. Burt for an order of distribution of 2,256 shares of the Class A Non-Voting Common shares of Nyman Manufacturing Company came on for hearing on October 19, 1995 before Judge Mary E. McCaffrey and after hearing thereon it is ordered, adjudged and decreed as follows:

1. That Rhode Island Hospital Trust National Bank and Robert B. Gates, Co-Executors of the Estate of Magda L. Burt, are instructed to sell the 2,256 shares of the Class A Non-Voting Common shares of Nyman Manufacturing Company owned by the Estate to Nyman Manufacturing Company pursuant to their offer to purchase for the sum of Three Hundred Twenty-Seven Thousand Nine Hundred Thirty-Two and 00/100 Dollars ($327,932.00).

2. That said Co-Executors, from said proceeds, shall distribute to each residual beneficiary of said Estate the sum of Five Thousand Dollars ($5,000.00).

3. That the balance of the said sale proceeds not reduced by any fiduciary fees shall be deposited into the Registry of the Probate Court of the City of Warwick.

4. That said deposited fund shall not be withdrawn from the Registry of the Court except upon order of this Court entered after a duly notified hearing;

Case 1:07-cv-00239-S-DLM Document 6-2 Filed 10/01/2007 Page 38 of 38

5. That said deposited fund, upon written order of this Court, may be withdrawn from the Registry for the purpose of depositing the same in the name of the Court in a higher yielding account of an FDIC insured bank or institution in the State of Rhode Island, subject to the provision, however, that no portion of said deposited fund may be withdrawn without an order of this Court.

By Order,

Marie T. Bennett
J.

ENTER:

NOV 2 1995