**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THE PROBATE COURT OF THE CITY OF WARWICK, by and through JUDITH A. LAWTON, JUDITH GRANT, CAROL LINCOLN, JANICE LEFFINGWELL, JOYCE HENDRICKS, JOHN KIEPLER, as executor of the Estate of Beverly Kiepler, JANIS FISHER, DAVID GILMORE and RAYMOND P. CYR, JR.,** | : | |
| **Plaintiffs** | : | |
| **v.** | : | **C.A. No. 07-239S** |
| **BANK OF AMERICA, N.A. as Co-Executor of the Estate of Magda Burt,** | : | |
| **Defendant** | : | |

**Assented to Motion for Withdrawal and Substitution of Plaintiffs' First Amended Complaint**

Plaintiffs in the above-captioned matter, The Probate Court of the City of Warwick, by and through Judith A. Lawton, Judith Grant, Carol Lincoln, Janice Leffingwell, Joyce Hendricks, John Kiepler, as executor of the Estate of Beverly Kiepler, Janis Fisher, David Gilmore and Raymond P. Cyr, Jr. (Plaintiffs) hereby move this Honorable Court to withdraw the Plaintiffs' First Amended Complaint, filed December 17, 2007 and to substitute the Plaintiffs' Substitute First Amended Complaint in the form attached hereto as Exhibit A. In support of this motion, Plaintiff states as follows.

On December 13, 2004, Judge Smith adopted the Report and Recommendation of Magistrate Judge Almond regarding Bank of America N.A.'s (the "Bank") Motion to Dismiss

Plaintiffs' Complaint. Judge Almond's Order granted the Bank's motion in part, dismissing Counts II and III, but denying the motion as to Count I. Additionally, Magistrate Judge Almond noted that one basis for the Bank's Motion to Dismiss, was the Bank's allegation that Plaintiffs had named the wrong defendant. The Plaintiffs moved to add/remove parties, to substitute the proper defendant and Magistrate Judge Almond granted Plaintiffs' motion, and denied the Bank's Motion to Dismiss as to Count I.

On December 17, 2007, Plaintiffs First Amended Complaint was docketed. Because the First Amended Complaint does not accurately reflect the full effect of Judge Smith's adoption of Magistrate Judge Almond's Report and Recommendation, the Parties have agreed that a Substitute First Amended Complaint should be filed and the First Amended Complaint should be withdrawn. The parties have further agreed that, if this motion is granted, the Bank would have 20 days to answer, object or otherwise respond to the Substitute First Amended Complaint and shall not be required to file a separate answer to the withdrawn First Amended Complaint. Defendant assents and has no objection to this motion being granted.

The Plaintiffs respectfully request that this Court grant this motion to allow the withdrawal of the First Amended Complaint and the substitution of the Substitute First Amended Complaint under the conditions set forth above.

Plaintiffs,

JUDITH A. LAWTON and DAVID GILMORE,

By Their Attorneys,

/s/ Staci L. Kolb
Karen A. Pelczarski (#3357)
Staci L. Kolb (#5451)
BLISH & CAVANAGH, LLP
Commerce Center

30 Exchange Terrace
Providence, RI 02903
(401) 831-8900/(401) 751-7542 FAX
**kap@blishcavlaw.com**
**slk@blishcavlaw.com**

JOAN GRANT, CAROL LINCOLN, JANICE LEFINGWELL and JOYCE HENDRICKS,

By Their Attorney,

/s/ Joseph A. Keough Jr.

Joseph A. Keough Jr. (#4195)
Keough & Sweeney, Ltd.
100 Armistice Boulevard
Pawtucket, RI 02860
(401) 724-3600/(401) 724-9909 FAX
jkeoughjr@keoughsweeney.com

JOHN KIEPLER executor u/w/o Beverly Kiepler and JANIS FISHER,

By Their Attorneys,

/s/ Mark A. Sjoberg

Mark A. Sjoberg (#2427)
Jennifer A. Niedzinski (#6824)
Sjoberg & Votta Law Offices
200 Centerville Road, Suite 4
Warwick, RI 02886
(401) 737-9696/(401) 737-9119 FAX
**mas@sjoberglaw.com**
**JAN@sjoberglaw.com**

RAYMOND P. CYR, JR.,

By His Attorneys,

/s/ Richard Tallo

Richard Tallo (#0504)
P.O. Drawer 9007
Providence, RI 02940

(401) 726-1010/(401) 726-3406 FAX
**richard@pearlmanlawoffices.com**

/s/ James A. Currier

James A. Currier (#0953)
1345 Westminster Street
Providence, RI 02903
(401) 861-2200/(401) 421-2450
currlaw@myexcel.com

DATED: January 24, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Assented to Motion for Withdrawal and Substitution of Plaintiffs' First Amended Complaint was filed with the Clerk of the United States District Court for the District of Rhode Island this 24TH day of January, 2008 and is available for viewing and downloading to the following ECF registered counsel of record:

Steven E. Snow, Esq./Partridge Snow & Hahn LLP
Carolyn P. Medina, Esq./ Partridge Snow & Hahn LLP

/s/ Staci L. Kolb