# EXHIBIT “A”

STATE OF RHODE ISLAND
COUNTY OF KENT

PROBATE COURT OF THE
CITY OF WARWICK

Estate of MAGDA L. BURT,
*Resident decedent*

No. 87-310

**CONSENT ORDER**

This matter came for hearing on December 1, 2005 and conferences thereafter before Probate Judge Stephen M. Isherwood upon petitions for removal of Bank of America, N.A., successor in interest to Fleet National Bank and Rhode Island Hospital Trust National Bank ("BOA"), as co-executor and successor executor ("Executor") of the will of Magda L. Burt ("Decedent") and BOA's objections thereto, and in consideration thereof, after hearing thereon, and by agreement of the parties, it is hereby:

**ORDERED, ADJUDGED and DECREED:**

1. Pursuant to RIGL §§33-17-1 *et seq.*, the residuary beneficiaries under Decedent's will ("Beneficiaries") are hereby authorized:

   a. To sue on BOA's bonds to this Court as Executor in a single civil action in the United States District Court for the District of Rhode Island, whether by amendment of a pending action or initiation of a new action at the Beneficiaries' discretion, upon the following terms and conditions:

      i. By assenting to this Order, BOA makes no admission of liability or breach of fiduciary duty or bond obligation as Executor and reserves all its claims and defenses in said capacity, including those which have been asserted in various Superior Court actions brought by individual Beneficiaries.

      ii. The Court makes no finding of fact or law regarding any liability or breach of fiduciary duty or unfaithful administration by BOA as Executor at this time.

      iii. By assenting to this Order, the Beneficiaries reserve all their joint and several claims and defenses against the co-executors of Decedent's will, and the Beneficiaries agree to stay or dismiss (without prejudice) all pending Superior Court actions brought by individual Beneficiaries.

   b. To sue on Robert B. Gates' bonds to this Court as Executor in a single civil action in the Rhode Island Superior Court, whether by amendment of a pending action or initiation of a new action at the Beneficiaries' discretion, upon the terms and conditions set forth in the Order of this Court entered October 13, 2005.

2. The Executor's inventories and accountings shall be held *nisi* without finding and neither co-executor shall be discharged upon their bonds to the Court at this time.

3. All other pending petitions and objections shall pass without prejudice.

Entered as an Order this 6th day of April, 2006.

PER ORDER:

Probate Clerk

ENTER:

Stephen M. Isherwood, Probate Judge

STIPULATION:

*Agreed to in form and substance, the parties stipulating further that facsimile signatures hereon shall be accepted as original and that a certified copy of this Consent Order after entry shall have the same force and effect as a duplicate original.*

Beverly Kiepler & Janis B. Fisher
By Their Attorneys,

Mark A. Sjoberg, Esquire (#2427)
Jennifer A. Niedzinski, Esquire (#6842)
SJOBERG & VOTTA LAW OFFICES
200 Centerville Road, Suite 4
Warwick, RI 02886
(401) 737-9696
(401) 737-9119 Fax

BANK OF AMERICA, N.A.
By Their Attorneys,

Steven E. Snow, Esq. (#1774)
Carolyn P. Medina, Esq. (#7109)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 Fax

Joan Grant, Joyce Hendricks,
Carol Lincoln & Janice Leffingwell
By Their Attorneys,

Joseph A. Keough, Jr., Esq. (#4925)
KEOUGH & SWEENEY
100 Armistice Boulevard
Pawtucket, RI 02860
(401) 724-3600
(401) 724-9909 Fax

Judith A. Lawton & David Gilmore
By Their Attorneys,

Staci L. Kolb, Esq. (#5451)
Karen A. Pelczarski, Esq. (#3357)
BLISH & CAVANAGH
30 Exchange Terrace
Providence, RI 02903-1765
(401) 831-8900
(401) 751-7542 Fax

Roland W. Burt, Jr. &
Raymond P. Cyr, Jr.
By Their Attorneys,

Thomas W. Pearlman, Esq. (#0825)
Richard C. Tallo, Esq. (#0504)
P.O. Drawer 9007
Providence, RI 02940
(401) 726-1010
(401) 726-3406 Fax

**CERTIFICATION**

I HEREBY CERTIFY that I mailed a copy of the within order by regular mail, postage prepaid, on April 5, 2006 to:

- Fred L. Mason, Jr., Esq. MASON ASSOCIATES, P.C., 20 Cedar Swamp Road, Smithfield, RI 02917 (co-counsel for Robert B. Gates)
- Robert E. Kiely, Esq., REGAN & KIELY LLP, 85 Devonshire Street, Boston, MA 02109 (co-counsel for Robert B. Gates)
- Steven E. Snow, Esq. & Carolyn P. Medina, Esq., PARTRIDGE, SNOW & HAHN, 180 South Main Street, Providence, RI 02903-7120 (counsel for BOA)
- Joseph A. Keough, Jr., Esq., KEOUGH & SWEENEY, 100 Armistice Boulevard, Pawtucket, RI 02860 (counsel for Joan Grant, Joyce Hendricks, Carol Lincoln & Janice Leffingwell, beneficiaries)
- Staci L. Kolb, Esq. & Karen A. Pelczarski, Esq., BLISH & CAVANAGH, 30 Exchange Terrace, Providence, RI 02903-1765 (counsel for Judith A. Lawton and David Gilmore, beneficiaries)
- Richard C. Tallo, Esq. & Thomas W. Pearlman, Esq., 750 East Avenue, P.O. Drawer 9007, Providence, RI 02940 (counsel for Roland W. Burt, Jr. & Raymond P. Cyr, Jr., beneficiary)

PROB-decedent's estates\Burt-Keipler\WPC-order (03-06)

Entered as an Order this _____ day of April, 2006.

PER ORDER: ENTER:

______________________ ______________________

Probate Clerk Stephen M. Isherwood, Probate Judge

**STIPULATION:**

*Agreed to in form and substance, the parties stipulating further that facsimile signatures hereon shall be accepted as original and that a certified copy of this Consent Order after entry shall have the same force and effect as a duplicate original.*

Beverly Kiepler & Janis B. Fisher
By Their Attorneys,

______________________

Mark A. Sjoberg, Esquire (#2427)
Jennifer A. Niedzinski, Esquire (#6842)
SJOBERG & VOTTA LAW OFFICES
200 Centerville Road, Suite 4
Warwick, RI 02886
(401) 737-9696
(401) 737-9119 Fax

BANK OF AMERICA, N.A.
By Their Attorneys, 4/4/06

______________________

Steven E. Snow, Esq. (#1774)
Carolyn P. Medina, Esq. (#7109)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 Fax

Joan Grant, Joyce Hendricks,
Carol Lincoln & Janice Leffingwell
By Their Attorneys,

______________________

Joseph A. Keough, Jr., Esq. (#4925)
KEOUGH & SWEENEY
100 Armistice Boulevard
Pawtucket, RI 02860
(401) 724-3600
(401) 724-9909 Fax

Judith A. Lawton & David Gilmore
By Their Attorneys,

______________________

Staci L. Kolb, Esq. (#5451)
Karen A. Pelczarski, Esq. (#3357)
BLISH & CAVANAGH
30 Exchange Terrace
Providence, RI 02903-1765
(401) 831-8900
(401) 751-7542 Fax

Entered as an Order this _____ day of April, 2006.

PER ORDER: ENTER:

_______________________ _______________________

Probate Clerk Stephen M. Isherwood, Probate Judge

STIPULATION:

*Agreed to in form and substance, the parties stipulating further that facsimile signatures hereon shall be accepted as original and that a certified copy of this Consent Order after entry shall have the same force and effect as a duplicate original.*

Beverly Kiepler & Janis B. Fisher
By Their Attorneys,

_______________________
Mark A. Sjoberg, Esquire (#2427)
Jennifer A. Niedzinski, Esquire (#6842)
SJOBERG & VOTTA LAW OFFICES
200 Centerville Road, Suite 4
Warwick, RI 02886
(401) 737-9696
(401) 737-9119 Fax

BANK OF AMERICA, N.A.
By Their Attorneys,

_______________________
Steven E. Snow, Esq. (#1774)
Carolyn P. Medina, Esq. (#7109)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 Fax

Joan Grant, Joyce Hendricks,
Carol Lincoln & Janice Leffingwell
By Their Attorneys,

_______________________
Joseph A. Keough, Jr., Esq. (#4925)
KEOUGH & SWEENEY
100 Armistice Boulevard
Pawtucket, RI 02860
(401) 724-3600
(401) 724-9909 Fax

Judith A. Lawton & David Gilmore
By Their Attorneys,

_______________________
Staci L. Kolb, Esq. (#5451)
Karen A. Pelczarski, Esq. (#3357)
BLISH & CAVANAGH
30 Exchange Terrace
Providence, RI 02903-1765
(401) 831-8900
(401) 751-7542 Fax

Entered as an Order this _____ day of April, 2006.

PER ORDER: ENTER:

_______________________________ _______________________________

Probate Clerk Stephen M. Isherwood, Probate Judge

**STIPULATION:**

*Agreed to in form and substance, the parties stipulating further that facsimile signatures hereon shall be accepted as original and that a certified copy of this Consent Order after entry shall have the same force and effect as a duplicate original.*

Beverly Kiepler & Janis B. Fisher
By Their Attorneys,

_______________________________
Mark A. Sjoberg, Esquire (#2427)
Jennifer A. Niedzinski, Esquire (#6842)
SJOBERG & VOTTA LAW OFFICES
200 Centerville Road, Suite 4
Warwick, RI 02886
(401) 737-9696
(401) 737-9119 Fax

BANK OF AMERICA, N.A.
By Their Attorneys,

_______________________________
Steven E. Snow, Esq. (#1774)
Carolyn P. Medina, Esq. (#7109)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 Fax

Joan Grant, Joyce Hendricks,
Carol Lincoln & Janice Leffingwell
By Their Attorneys,

_______________________________
Joseph A. Keough, Jr., Esq. (#4925)
KEOUGH & SWEENEY
100 Armistice Boulevard
Pawtucket, RI 02860
(401) 724-3600
(401) 724-9909 Fax

Judith A. Lawton & David Gilmore
By Their Attorneys,

Staci L. Kolb
Karen A. Pelczarski (SLK)
_______________________________
Staci L. Kolb, Esq. (#5451)
Karen A. Pelczarski, Esq. (#3357)
BLISH & CAVANAGH
30 Exchange Terrace
Providence, RI 02903-1765
(401) 831-8900
(401) 751-7542 Fax

Roland W. Burt, Jr. &
Raymond P. Cyr, Jr.
By Their Attorneys,

3/31/06

Thomas W. Pearlman, Esq. (#0825)
Richard C. Tallo, Esq. (#0504)
P.O. Drawer 9007
Providence, RI 02940
(401) 726-1010
(401) 726-3406 Fax

## CERTIFICATION

I HEREBY CERTIFY that I mailed a copy of the within order by regular mail, postage prepaid, on March ______, 2006 to:

- Fred L. Mason, Jr., Esq. MASON ASSOCIATES, P.C., 20 Cedar Swamp Road, Smithfield, RI 02917 (co-counsel for Robert B. Gates)
- Robert E. Kiely, Esq., REGAN & KIELY LLP, 85 Devonshire Street, Boston, MA 02109 (co-counsel for Robert B. Gates)
- Steven E. Snow, Esq. & Carolyn P. Medina, Esq., PARTRIDGE, SNOW & HAHN, 180 South Main Street, Providence, RI 02903-7120 (counsel for BOA)
- Joseph A. Keough, Jr., Esq., KEOUGH & SWEENEY, 100 Armistice Boulevard, Pawtucket, RI 02860 (counsel for Joan Grant, Joyce Hendricks, Carol Lincoln & Janice Leffingwell, beneficiaries)
- Staci L. Kolb, Esq. & Karen A. Pelczarski, Esq., BLISH & CAVANAGH, 30 Exchange Terrace, Providence, RI 02903-1765 (counsel for Judith A. Lawton, beneficiary)
- Richard C. Tallo, Esq. & Thomas W. Pearlman, Esq., 750 East Avenue, P.O. Drawer 9007, Providence, RI 02940 (counsel for Roland W. Burt, Jr. & Raymond P. Cyr, Jr., beneficiary)
- David Gilmore, 115 Iroquois Drive, Warwick, RI 02888 (successor in interest to June Gilmore, deceased beneficiary)
- Janis B. Fisher, 39 Observatory Road, Warwick, RI 02888 (beneficiary)

______________________________

PROB-decedent's estates\Burt-Keipler\WPC-order (03-06)

SJOBERG & VOTTA LAW OFFICES
Received 4/3/ 20 06