# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE PROBATE COURT OF THE CITY OF WARWICK, et al.,<br>Plaintiffs,<br>v.<br>BANK OF AMERICA, N.A.. as Co-Executor of the Estate Of Magda Burt,<br>Defendant. | C.A. No. 07-239-S |

## DEFENDANT BANK OF AMERICA, N.A.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Bank of America, N.A. hereby discloses that it is a national bank wholly owned by Bank of America Corporation, a bank holding company whose stock is publicly traded on the New York Stock Exchange.

BANK OF AMERICA, NA

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow

Steven E. Snow (#1774)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com
cpm@psh.com

DATED: February 15, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing DEFENDANT BANK OF AMERICA, N.A.'S CORPORATE DISCLOSURE STATEMENT was filed with the Clerk of the United States District Court for the District of Rhode Island this 15th day of February, 2008 and is available for viewing and downloading to the following ECF registered counsel of record:

Karen A. Pelczarski, Esq./Blish & Cavanagh, LLP
kap@blishcavlaw.com

Staci L. Kolb, Esq./Blish & Cavanagh, LLP
slk@blishcavlaw.com

Joseph A. Keough, Jr., Esq./Keough & Sweeney, Ltd.
kkeoughjr@keoughsweeney.com

Mark A. Sjoberg, Esq./Sjoberg & Votta Law Offices
mas@sjoberglaw.com

Jennifer A. Niedzinski, Esq./Sjoberg & Votta Law Offices
jan@sjoberglaw.com

James A. Currier, Esq.
currlaw@myexcel.com

/s/ Steven E. Snow

967765_1/4150-24