# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

THE PROBATE COURT OF THE CITY OF WARWICK, by and through JUDITH A. LAWTON, JUDITH GRANT, CAROL LINCOLN, JANICE LEFFINGWELL, JOYCE HENDRICKS, JOHN KIEPLER, as executor of the Estate of Beverly Kiepler, JANICE FISHER, DAVID GILMORE and RAYMOND P. CYR, JR.

Plaintiffs

C.A. No. 07-239S

v.

BANK OF AMERICA, N.A., as Co-Executor of the Estate of Magda Burt

Defendant

## STIPULATION

The undersigned parties hereby agree as follows:

1. That Defendants shall answer, object or otherwise respond to the “Interrogatories of Plaintiff Carol Lincoln to Defendant Bank of America, N.A.” and to the “Interrogatories of Plaintiff Judith A. Lawton to Defendant Bank of America, N.A.” and;

2. That these two sets of interrogatories represent all interrogatories to be served on the Bank of America, N.A. on behalf of any and/or all Beneficiaries of the Estate of Magda Burt and the Probate Court of the City of Warwick and no further interrogatories shall be served in the names of any other plaintiff(s) and

3. The Bank reserves the right to object to any future interrogatories served by Carol Lincoln or Judith A. Lawton on any applicable grounds, including, but not limited to, that the Beneficiaries of the Estate of Magda Burt are not proper Plaintiffs, an assertion that Plaintiff(s) deny; and

4. That Defendant Bank of America, N.A. shall have up to and including August 29, 2008 to answer, object, or otherwise respond to said interrogatories.

5. That Defendant Bank of America, N.A. shall respond to Plaintiff Carol Lincoln's Request for Production of Documents Propounded to Bank of America, N.A.

6. That Plaintiff Carol Lincoln's Request for Production of Documents Propounded to Bank of America, N.A. represents the only request for production of documents to be served on the Bank of America, N.A. on behalf of any and/or all Beneficiaries of the Estate of Magda Burt and/or the Probate Court of the City of Warwick and no further requests shall be served in the names of any other plaintiff(s); and

7. That the Bank reserves the right to object to any future requests for production of documents, served by Carol Lincoln on any grounds, including, but not limited to, that the Beneficiaries of the Estate of Magda Burt are not proper Plaintiffs; an assertion that Plaintiff(s) deny; and

8. That Defendant, Bank of America, N.A. shall have up to and including August 29, 2008 to answer, object or otherwise respond to Carol Lincoln's Request for Production of Documents Propounded to Bank of America, N.A.

BANK OF AMERICA, N.A.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Carolyn P. Medina

Steven E. Snow (#1774)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

THE PROBATE COURT OF THE CITY OF WARWICK, by and through

JUDITH A. LAWTON and DAVID GILMORE
By Their Attorneys,

BLISH & CAVANAGH, LLP

/s/ Staci L. Kolb
Karen A. Pelczarski (#3357)
Staci L. Kolb (#5451)
Commerce Center, 30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 FAX

JOAN GRANT, CAROL LINCOLN, JANICE LEFFINGWELL and JOYCE HENDRICKS
By Their Attorneys,

KEOUGH & SWEENEY, LTD,

s/ Joseph A. Keough, Jr.
Joseph A. Keough, Jr. (#4195)
100 Armistice Boulevard
Pawtucket, RI 02860
(401) 724-3600
(401) 724-9909 FAX

RAYMOND P. CYR, JR.

By His Attorneys,

s/ Richard Tallo
Richard Tallo (#0504)
P.O. Drawer 9007
Providence, RI 02940
(401) 726-1010
(401) 726-3406 FAX

JOHN KIEPLER, Executor U/W/O Beverly Kiepler and JANIS FISHER

By Their Attorneys

SJOBERG & VOTTA LAW OFFICES

s/ Mark A. Sjoberg
Mark A. Sjoberg (#2427)
Jennifer A. Niedzinski (#6842)
200 Centerville Road, Suite 4
Warwick, RI 02886
(401) 737-9696
(401) 737-9119 FAX

s/ James A. Currier
James A. Currier (#0953)
1345 Westminster Street
Providence, RI 02903
(401) 861-2200
(401) 421-2450 FAX

DATED: July 17, 2008

996570_1/4150-24